## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Knoll on behalf of himself<br>and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>IntelliRisk Management Corporation,<br>and its subsidiary, Allied Interstate, Inc.,<br><br>Defendants. | **COURT FILE NO.: CV - 06-1211 PAM/JSM**<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Memorandum and Order in the above-captioned matter dated October 16, 2006 (Document No. 22) is **HEREBY VACATED**.

**BY THE COURT**

Dated:_June 19, 2007            s/Paul A. Magnuson
                                The Honorable Paul A. Magnuson
                                Judge of United States District Court