**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Joseph Knoll on behalf of himself<br>and all others similarly situated, | **COURT FILE NO.: CV - 06-1211 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER** |
| IntelliRisk Management Corporation,<br>and its subsidiary, Allied Interstate, Inc., | |
| Defendants. | |

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party as to Defendant IntelliRisk Management Corporation only.

BY THE COURT


Dated:  June 19, 2007                s/Paul A. Magnuson
                                                    The Honorable Paul A. Magnuson
                                                    Judge of United States District Court