# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Knoll on behalf of himself<br>and all others similarly situated, | **COURT FILE NO.: CV - 06-1211 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER** |
| IntelliRisk Management Corporation,<br>and its subsidiary, Allied Interstate, Inc., | |
| Defendants. | |

---

Pursuant to the Stipulation of the Parties **IT IS HEREBY ORDERED** that IntelliRisk Management Corporation shall be removed from the caption in this matter.

**BY THE COURT**

Dated:   June 19, 2007            s/Paul A. Magnuson
                                  The Honorable Paul A. Magnuson
                                  Judge of United States District Court