**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Joseph Knoll on behalf of himself and all others similarly situated, | **COURT FILE NO.: CV - 06-1211 PAM/JSM** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLASS ACTION ALLEGATIONS** |
| Allied Interstate, Inc., | |
| Defendant. | |

---

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the class action allegations in Plaintiffs' Complaint without prejudice and without costs, disbursements, or attorneys' fees to any party.

**IT IS FURTHER ORDERED** that all class allegations in Plaintiff's Complaint and in the Prayer for Relief, as well as the "on behalf of himself and all others similarly situated" reference in the caption and the reference to class-wide relief in Plaintiff's Complaint and Prayer for Relief shall be stricken from Plaintiff's Complaint.

**IT IS FURTHER ORDERED** that there is no just reason for delay that judgment of dismissal without prejudice Plaintiff's class action allegations should be entered.

                                                **BY THE COURT:**

Dated:   June   19,   2007                    s/Paul A. Magnuson
                                                                 The Honorable Paul A. Magnuson
                                                                 Judge of United States District Court