**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Joseph Knoll,                                          **COURT FILE NO.: CV - 06-1211 PAM/JSM**

        Plaintiff,

vs.
                                                              **ORDER**

Allied Interstate, Inc.,

        Defendant.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                  **BY THE COURT**

Dated:   June 20, 2007                s/Paul A. Magnuson
                                                    The Honorable Paul A. Magnuson
                                                    Judge of United States District Court