AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Joseph Knoll

V.

Allied Interstate, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  06-1211  PAM/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

|  |  |
|---|---|
| June 29, 2007 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Amy Linner |
| | (By)            Amy Linner,    Deputy Clerk |

Form Modified:  09/16/04